IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:12-cv-10036-KMM

*In re* the Complaint and Petition of BIG
DIPPER CHARTERS, INC., as owner;
and FLORIDA KEYS DIVE CENTER,
INC., as owner, and/or operator of the
M/V Big Dipper; in a cause, for exoneration
from or limitation of liability

      Petitioners.
_____/

## ORDER ON AD INTERIM STIPULATION, DIRECTING ISSUANCE OF NOTICE, AND RESTRAINING PROSECUTION OF CLAIMS

THIS CAUSE came before the Court upon Petitioners' Complaint (ECF No. 1), Affidavit of Value (ECF No. 3), and Ad Interim Stipulation for Value and Costs (ECF No. 8). UPON CONSIDERATION of the Complaint, the Affidavit, the Stipulation, the pertinent portions of the record, and being otherwise full advised in the premises, this Court enters the following Order.

Petitioners, as owners of the M/V "Big Dipper" a 46' Newton with John Deere marine diesel engines, Serial Number NWN46165F484 (the "Subject Vessel"), are claiming the benefits of exoneration from or limitation of liability as provided for in the act of Congress embodied in 46 U.S.C. § 30505 et seq., together with all statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules of Civil Procedure, and also contesting its liability independently of the limitation of liability claim under said Acts, Treaty or Code for any loss, damages, deaths, personal injuries, damage or destruction of property or other occurrences arising from an incident occurring on August 9, 2011 on the navigable waters near Tavernier, Florida. The Complaint states that the value of Petitioners' interest in the Subject Vessel does not exceed $250,000.00, and the Petitioners state that there is no pending freight.

1

For the foregoing reasons, it is hereby

ORDERED AND ADJUDGED as follows

1. The Ad Interim Stipulation for the value of Petitioners' interest in the Subject Vessel in the principal amount of $250,000.00 with interest thereon at the rate of six percent (6%) per annum from date hereof, executed on April 10, 2012, by Petitioners, as Principal, and by UNDERWRITERS OF LLOYD'S OF LONDON, and filed herein by Petitioners, be accepted as Ad Interim Stipulation for the purpose of this Limitation of Liability proceeding and that it is approved as to form, quantum, and surety. The Petitioners shall deposit with the Court, the aforementioned Ad Interim Stipulation as security for the benefit of claimants.

2. This Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, this Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30505, as amended, in respect of loss of life or bodily injury.

3. A notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioner a copy thereof on or before November 2, 2012, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he shall file and serve on attorneys for

  Petitioners an answer to the Complaint on or before the said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

4. The aforesaid notice shall be published in an approved newspaper as specified in Local Admiralty Rule A(7), once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Rule F; and copies of the notice shall also be mailed in accordance with said Rule F.

5. Petitioners, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Petitioners or the Subject Vessel arising out of the incident more fully described in the Complaint.

6. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Petitioners as aforesaid, or against the Subject Vessel, or against any property of Petitioners except in this action, to recover damages for or in respect of any damages, injuries, or fatalities caused by or resulting from the incident of the Subject Vessel as alleged in the Complaint, are hereby RESTRAINED, STAYED, and ENJOINED until the final determination of this action.

7. Service of this Order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of September, 2012.

*[signature: K. M. Moore]*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record